**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ALI MOSHTAGH DEZFOULI, *et al.*,

                  Plaintiffs,           Case No. 23-cv-1834 (JMC)

      v.

THOMAS J. BARRACK[1], in his official capacity
as U.S. Ambassador to Turkey, *et al.*,

                  Defendants.

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that Defendants' motion to dismiss, ECF 6, is **GRANTED**, and this case is **DISMISSED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                 _____

                                 JIA M. COBB
                                 United States District Judge

Date: May 29, 2026

---

[1] The current U.S. Ambassador to Turkey Thomas J. Barrack, the Charge d'Affaires of the U.S. Embassy in Armenia David Allen, and Secretary of State Marco Rubio are substituted as defendants in this case pursuant to Federal Rule of Civil Procedure 25(d).

1